**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SAMUEL ABRHA,**

**Plaintiff,**

**v.**

**JP MORGAN CHASE BANK NATIONAL ASSOCIATION,**

**Defendant.**

**Civil Action 2:26-cv-1487**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Plaintiff's Motion by Pro Se Litigant to Receive Service by Email Through the Electronic Case Filing System (ECF No. 7). For good cause shown, the Motion (ECF No. 7) is **GRANTED** to the extent that Plaintiff may receive service via email only as to this particular case and conditional on his compliance with all applicable e-service requirements. If he has not already done so, Plaintiff is **DIRECTED** to create a PACER account at http://www.pacer.gov.

Plaintiff is **REMINDED** that failure to adhere to all applicable e-service requirements will likely result in the revocation of permission to receive service by email. Plaintiff is specifically **CAUTIONED** that failure to update his email address and monitor his email account (including his "junk mail" or spam folder) for court filings may result in the Court's dismissal of the action. *Cf. Yeschick v. Mineta*, 675 F.3d 622, 630 (6th Cir. 2012) (affirming district court's denial of motion for relief from judgment where counsel's neglect in failing to check docket until more than a month after he learned that he was not receiving notice of

electronic filings because he failed to update his email address on file with the district court); *Equal Emp't Opportunity Comm'n v. Indi's Fast Food Rest., Inc.*, No. 3:15-cv-00590, 2016 WL 7473130, at *6 (W.D. Ky. Dec. 28, 2016) (noting that defense counsel represented that "he did not receive any Court-related notices or emails because they were all sent to his 'junk mail' folder" and finding that "[d]efense counsel's non-receipt of emails does not relieve his responsibility to monitor the Court's docket and keep apprised of developments within his active cases, which he failed to do here").

Plaintiff is further **CAUTIONED** that permission to receive service via email may be revoked at any time.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE